HARRY M. DRANDELL #109293
LAW OFFICES OF HARRY M. DRANDELL
1060 Fulton Street, Suite 701
Fresno, CA 93721
Tel: 559-442-1041
Fax: 559-214-0174

Attorneys for Defendant HENRY MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:19-CR-00225-2 DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENDANT'S |
| v. | ) | MOTION TO EXONERATE SURETY |
| | ) | AND TO RETURN PROPERTY |
| HENRY MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |

This Court sentenced Mr. Mendoza on April 2, 2021, to 28 months in custody, payment of a $100.00 Special Assessment, and supervised release of 36 months. He was placed on pretrial release ordered by the duty magistrate on November 25, 2019. To secure his release, a $2,000.00 cash deposit was made to the clerk of the court, and Mr. Mendoza surrendered his U.S. passport (Docs 17, 18 and 19).

| 11/26/2019 | 18 | CASH BOND POSTED as to Henry Mendoza in amount of $2,000.00, Receipt #CAE100044254. (Jensen, A) (Entered: 11/26/2019) |
|---|---|---|

| 11/26/2019 | 19 | COLLATERAL RECEIVED as to Henry Mendoza: USA Passport Card No. C11271710 from Henry Valencia Mendoza (Jensen, A) (Entered: 11/26/2019) |
|---|---|---|

-1-

Since no conditions of the bond remain to be satisfied, it is requested that the Court order bail exonerated and order that $2,000.00 be returned to Ms. Maria Magdalena Guevara and the passport be returned to Mr. Mendoza.

Dated: November 17, 2023                                  Respectfully submitted,


/s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant
HENRY MENDOZA


**O R D E R**

The Court finds that Henry Mendoza has complied with the conditions of his bond and that no conditions remain to be satisfied.

THEREFORE, bail is hereby exonerated and the Clerk of the Court is directed to return the $2,000.00 to Ms. Maria Magdalena Guevara and the U.S. Passport to defendant Mendoza.

IT IS SO ORDERED.

Dated: **November 17, 2023**                    _/s/ Dale A. Drozd_
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE